

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2021
```

**GEORGIA M. PESTANA**

*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**W. Simone Nicholson**
*Special Assistant Corporation Counsel*
Office: (212) 356-2394
Mobile: (646) 391-6899

MEMO ENDORSED

November 5, 2021

**VIA ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

11/8/2021 Stay granted

Re: *V.K. v. Dep't of Educ.* 21-cv-6855 (CM)(RWL)

Dear Judge McMahon:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Georgia M. Pestana, attorney for Defendant in the above-referenced action wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. 1400, et. seq., as well as for this action.

I write to make a first request for a stay pending further order of the Court (including the initial status conference recently adjourned to December 2, 2021 (ECF 11), and Defendant's deadline to answer or otherwise respond to the Complaint—currently due on November 9, 2021), to give the Plaintiff additional time to produce the billing records, and for the Parties to work towards the resolution of this matter. This action was commenced on August 13, 2021, and Your Honor previously granted our request for an extension of time to answer or otherwise respond to the Complaint on September 9, 2021 (ECF 8-10). Plaintiff consents to this request and has agreed to produce the outstanding records on or before November 18, 2021.

We've requested the billing records at issue at least five times since August 2021 (specifically on August 25, September 10, September 30, October 25 and most recently, November 1, 2021). Once the records are provided, the Parties are likely to fully resolve this case within 90 days. Accordingly, Defendant respectfully requests that this action be stayed pending further order of the Court, and that a joint status letter be due by February 9, 2022 informing the Court that the matter has been fully resolved, or in the alternative, proposing a briefing schedule for a simple fees motion.

Thank you for considering these requests.

                                                Respectfully submitted,

                                                Simone Nicholson
/s/
Special Assistant Corporation Counsel

cc:      Irina Roller (via ECF)