```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
V.K., et al.,

                        Plaintiff(s),

        -v-                                                          21-CV-6855 (CM)

New York City Department of Education,                               ORDER

                        Defendant(s).
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2023

COLLEEN McMAHON, United States District Judge:

The Court is conducting a review of its docket and making inquiry into cases where there has been no recent activity. The present case appears to fall into that category.

Accordingly, the parties are directed to file a letter within Seven (7) Days (either jointly or separately) reporting on the status of the current litigation. Failure to respond will result in the dismissal of the above-captioned case for failure to prosecute. If the case settled please submit stipulation of dismissal.

Dated: January 17, 2023

SO ORDERED:

*/s/ Colleen McMahon*

United States District Judge

BY ECF TO ALL PARTIES